**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Board of Trustees*
*of the Glazing Health and Welfare Fund, et al.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Z-GLASS, INC, a Nevada corporation; ZETIAN SYSTEMS, INC., a Nevada corporation; WESTERN GLASS SYSTEMS, INC., a Nevada corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01638-JAD-NJK<br><br>**STIPULATION AND ORDER FOR SIXTY DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>(First Request)<br><br><br>Date: N/A<br>Time: N/A |

Plaintiffs Board of Trustees of the Glazing Health and Welfare Fund, *et al.* ("Plaintiffs" or "Trusts"), by and through their counsel, Christensen James & Martin, Chtd., and Defendants Z-Glass, Inc. ("Z-Glass") and Zetian Systems, Inc. ("Zetian Systems"), by and through their counsel, Mincin Law, PLLC, hereby stipulate and agree as follows:

1. Defendant Western Glass Systems, Inc. ("Western Glass Systems") filed a Chapter 7 Bankruptcy Case in the United States Bankruptcy Court for the District of Nevada on February 3, 2017, *In re WesternGlass Systems Inc.*, Case No. 17-10502-led. Pursuant to 11 U.S.C. § 365, this case is stayed as to Western Glass Systems.

2. Defendants Z-Glass and Zetian Systems shall have sixty (60) days from the date of filing of this Stipulation to file a responsive pleading. This extension is intended to allow time to for an informal exchange of documents and information in an attempt to resolve this alleged dispute.

3. Plaintiffs reserve the right to revoke this extension by written notice to Defendants' counsel. In the event of such notice, a responsive pleading will be due within twenty (20) days.

4. Nothing in this Stipulation is intended to serve as either an admission by any of the Defendants with respect to Plaintiffs' Complaint or a waiver of any of the Defendants' claims, defenses, or rights to bring dispositive motions, with respect to Plaintiffs' claims.

5. Plaintiffs reserve the right to amend the Complaint in accordance with Fed. R. Civ. P. 15(a).

CHRISTENSEN JAMES & MARTIN, CHTD.

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 255-1718
Email: wes@cjmlv.com
*Attorneys for Board of Trustees of the Glazing Health and Welfare Fund, et al.*

Dated: August 7, 2017

MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
Nevada Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
Phone: (702) 852-1957
Email: dmincin@mincinlaw.com
*Attorneys for Z-Glass, Inc. and Zetian Systems, Inc.*

Dated: August 7, 2017

## ORDER

**IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: August 7, 2017