**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees
of the Glazing Health and Welfare Fund, et al.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Z-GLASS, INC, a Nevada corporation; ZETIAN SYSTEMS, INC., a Nevada corporation; WESTERN GLASS SYSTEMS, INC., a Nevada corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br>Defendants. | CASE NO.: 2:17-cv-01638-JAD-NJK<br><br>**<u>STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ACCEPT SERVICE</u>**<br><br>Date: N/A<br>Time: N/A |

Plaintiffs Board of Trustees of the Glazing Health and Welfare Fund, *et al.* ("Plaintiffs"), by and through their counsel, Christensen James & Martin, Chtd., and Defendants Z-Glass, Inc. ("Z-Glass"), and Zetian Systems, Inc. ("Zetian Systems"), by and through their counsel, Mincin Law, PLLC, hereby stipulate and agree as follows:

1. Plaintiffs shall be permitted to file a First Amended Complaint to add Zetian Systems West, Inc. ("Zetian West") as a defendant and update the allegations.

2. Counsel for Z-Glass and Zetian Systems is also representing Zetian West and will accept service of the First Amended Complaint for all of the Defendants, which Plaintiffs shall deliver by e-mail on the date of filing.

3. Z-Glass, Zetian Systems and Zetian West shall have until October 31, 2017 to file a responsive pleading to the First Amended Complaint.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN, CHTD. | MINCIN LAW, PLLC |
| By: /s/ Wesley J. Smith | By: /s/ David Mincin |
| Wesley J. Smith, Esq.<br>Nevada Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Phone: (702) 255-1718<br>Email: wes@cjmlv.com<br>*Attorneys for Board of Trustees of the Glazing Health and Welfare Fund, et al.* | David Mincin, Esq.<br>Nevada Bar No. 5427<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas, Nevada 89128<br>Phone: (702) 852-1957<br>Email: dmincin@mincinlaw.com<br>*Attorneys for Z-Glass, Inc., Zetian Systems, Inc., and Zetian Systems West, Inc.* |
| Dated: October 4, 2017 | Dated: October 4, 2017 |

**ORDER**

**IT IS SO ORDERED.**

~~United States District Judge~~
United States Magistrate Judge

Dated: October 5, 2017