David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Z-Glass, Inc.,*
*Zetian Systems, Inc.,*
*and Zetian Systems West, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND;; et. al, <br><br> Plaintiffs, <br><br> vs. <br><br> Z-GLASS INC., a Nevada Corporation; ZETIAN SYSTEMS, INC., a Nevada Corporation; ZETIAN SYSTEMS WEST, INC., a California Corporation; WESTERNGLASS SYSTEMS INC., a Nevada Corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, <br><br> Defendants. | Case No.: 17-CV-01638-JAD-NJK <br><br><br> Hearing Date: December 18, 2017 <br> Hearing Time: 2:00 p.m. <br> Location: Courtroom 6D |

**STIPULATION AND ORDER TO EXTEND**
**DEADLINE TO FILE RESPONSE**

Defendants Z-Glass, Inc., Zetian Systems, Inc. and Zetian Systems West, Inc., by and through their counsel of record, David Mincin, Esq.; and Plaintiffs Board Of Trustees Of The Glazing Health and Welfare Fund, et al., by and through their counsel of record, Evan L. James, Esq., stipulate and agree as follows.

**Whereas** a Motion To Dismiss was filed by Defendants on October 31, 2017 (ECF No.. #10).

/ / /

1     **Whereas** an Opposition to Motion To Dismiss was filed on November 14, 2017 (ECF No. 14).

    **Whereas** the deadline to Respond to the Opposition is due November 21, 2017.

    **Whereas** to accommodate scheduling conflicts that counsel for Defendants has, the parties have agreed to extend the deadline to file the Response to the Opposition to November 29, 2017.

    **It Is Hereby Stipulated** that the deadline to file the Response To The Opposition To Motion To Dismiss be extended from November 21, 2017 to November 29, 2017.

| SO STIPULATED | SO STIPULATED |
|---|---|
| DATED this 21st day of November, 2017. | DATED this 21st day of November, 2017. |
| MINCIN LAW, PLLC | CHRISTENSEN JAMES & MARTIN |
| By: /s/ David Mincin | By: /s/ Evan L. James |
| David Mincin, Esq.<br>State Bar No.5427<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas, Nevada 89128<br>*Attorney for Z-Glass, Inc.,*<br>*Zetian Systems, Inc.,*<br>*and Zetian Systems West, Inc.* | Evan L. James, Esq.<br>State Bar No. 7760<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorney for Board of Trustees of*<br>*the Glazing Health and Welfare*<br>*Fund, et al.* |

    **ORDER**

Based on the foregoing Stipulation between the parties:

**IT IS HEREBY ORDERED** that the deadline to file the Response To Opposition To Motion To Dismiss be extended from November 21, 2017 to November 29, 2017.

Dated: November 22, 2017.

    _____
    UNITED STATES DISTRICT JUDGE

/ / /