**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Evan L. James, Esq. (7760)
Wesley J. Smith, Esq. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, elj@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees
of the Glazing Health and Welfare Fund, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; GLAZIERS INDUSTRY PROMOTION FUND; GLAZIERS ORGANIZING FUND; LOCAL 2001 POLITICAL ACTION FUND; GLAZIERS MARKET RECOVERY FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; POLITICAL ACTION TOGETHER FUND,<br><br>Plaintiffs, | CASE NO.: 2:17-cv-01638-JAD-NJK<br><br>**STIPULATION OF SERVICE OF THE SUMMONS AND SECOND AMENDED COMPLAINT ON ANNA K. OLIN AND MATTHEW J. OLIN**<br><br>Date: N/A<br>Time: N/A |

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

vs.

Z-GLASS, INC., a Nevada corporation; ZETIAN SYSTEMS, INC., a Nevada corporation; ZETIAN SYSTEMS WEST, INC., a California corporation; WESTERN GLASS SYSTEMS, INC., a Nevada corporation; ZETIAN HOLDING, INC., a Delaware corporation, aka ZETIAN HOLDINGS, LLC, a Delaware limited liability company; WEINA ZHANG, an individual; ANNA K. OLIN, an individual; GREGORY J. OLIN, an individual; MATTHEW J. OLIN, an individual; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,

Defendants.

The Plaintiffs, Board of Trustees of the Glazing Health & Welfare Fund, *et al.* ("Plaintiffs"), by and through its attorneys Christensen James & Martin, Chtd., and Defendants Weina Zhang Anna K. Olin and Matthew J. Olin, by and through their attorneys, Mincin Law, PLLC, hereby stipulate and agree as follows:

1. Weina Zhang, Anna K. Olin and Matthew J. Olin have authorized David Mincin of Mincin Law, PLLC to accept service of the Summons and Second Amended Complaint [ECF No. 40] on their behalf;

2. Weina Zhang, Anna K. Olin and Matthew J. Olin have received a copy of the Summons and Second Amended Complaint;

3. Weina Zhang, Anna K. Olin and Matthew J. Olin retain all defenses to the lawsuit, the Court's jurisdiction, and the venue of the action, but they waive any objections to service of the Summons and Second Amended Complaint; and

///

-2-

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

4. Weina Zhang, Anna K. Olin and Matthew J. Olin shall have until March 30, 2018 to file an answer or responsive pleading.

| CHRISTENSEN JAMES & MARTIN, CHTD. | MINCIN LAW, PLLC |
|---|---|
| By: /s/ Wesley J. Smith<br>Wesley J. Smith, Esq.<br>Nevada Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Phone: (702) 255-1718<br>Email: wes@cjmlv.com<br>*Attorneys for Board of Trustees of the Glazing Health and Welfare Fund, et al.*<br><br>Dated: 3/2/2018 | By: /s/ David Mincin<br>David Mincin, Esq.<br>Nevada Bar No. 5427<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas, Nevada 89128<br>Phone: (702) 852-1957<br>Email: dmincin@mincinlaw.com<br>*Attorneys for Z-Glass, Inc., Zetian Systems, Inc., Western Glass Systems, LLC, Anna K. Olin, and Matthew J. Olin*<br><br>Dated: 3/2/2018 |

IT IS SO ORDERED.
Dated: March 5, 2018

_____
United States Magistrate Judge