**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Daryl E. Martin, Esq. (6735)
Wesley J. Smith, Esq. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees*
*of the Glazing Health and Welfare Fund, et al.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Z-GLASS, INC., *et al.*,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | CASE NO.: 2:17-cv-01638-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME AND FOR CONSOLIDATED BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>Date: N/A<br>Time: N/A |

The Plaintiffs, Board of Trustees of the Glazing Health And Welfare Fund, *et al.* ("Plaintiffs"), by and through their attorneys, Christensen James & Martin, Chtd., and the Defendants, acting by and through their attorneys, Mincin Law, PLLC, hereby stipulate and agree as follows:

1. On March 23, 2018, Defendant Matthew Olin filed a Motion to Dismiss [ECF No. 50] all claims against him under Rule 12(b)(6).

2. On March 23, 2018, Defendant Anna Olin filed a Motion to Dismiss [ECF No. 51] all claims against her under Rule 12(b)(6).

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

3. On March 26, 2018, Defendant Zetian Holding, Inc. filed a Motion to Dismiss [ECF No. 53] all claims against it under Rule 12(b)(2).

4. On March 29, 2018, Defendant Weina Zhang filed a Motion to Dismiss [ECF No. 58] all claims against her under Rule 12(b)(6).

5. In order to avoid confusion and multiple deadlines, and for economy and convenience of the parties, Plaintiffs and Defendants agree that all responses to the foregoing Motions shall be due on or before April 20, 2018, and any replies thereto shall be due on or before May 7, 2018.

6. On March 26, 2018, Defendant Gregory Olin filed a Motion to Quash Service [ECF No. 55]. Plaintiffs filed an Opposition on April 6, 2018 [ECF No. 62]. Defendants shall have until April 20, 2018 to file a reply to Plaintiffs' Opposition.

CHRISTENSEN JAMES & MARTIN, CHTD.

By: /s/ *Wesley J. Smith*
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 255-1718
Email: wes@cjmlv.com
*Attorneys for Board of Trustees of the Glazing Health and Welfare Fund, et al.*

Dated: 4/6/2018

MINCIN LAW, PLLC

By: /s/ *David Mincin*
David Mincin, Esq.
Nevada Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
Phone: (702) 852-1957
Email: dmincin@mincinlaw.com
*Attorneys for Z-Glass, Inc., Zetian Systems, Inc., Western Glass Systems, LLC, Anna K. Olin, Matthew J. Olin, and Weina Zhang*

Dated: 4/6/2018

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 9, 2018.

-2-