David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Z-Glass, Inc.,*
*Zetian Systems, Inc.,*
*and Zetian Systems West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND;; et. al,<br><br>Plaintiffs,<br><br>vs.<br><br>Z-GLASS INC., a Nevada Corporation; ZETIAN SYSTEMS, INC., a Nevada Corporation; ZETIAN SYSTEMS WEST, INC., a California Corporation; WESTERNGLASS SYSTEMS INC., a Nevada Corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | Case No.: 17-CV-01638-JAD-NJK<br><br>ECF Nos. 52, 69 |

**STIPULATION AND ORDER TO DISMISS COUNTERCLAIM WITHOUT PREJUDICE**

Defendant/ Counterclaimant Z-Glass, Inc., by and through their counsel of record, David Mincin, Esq.; and Plaintiffs Board Of Trustees Of The Glazing Health and Welfare Fund, et al., by and through their counsel of record, Wesley Smith, Esq., stipulate and agree as follows.

1     **Whereas** Z-Glass, Inc. filed a Counterclaim against Plaintiffs on March 5, 2018 [ECF No. 46] ("Counterclaim").

    **Whereas** Plaintiffs filed a Motion to Dismiss the Counterclaim on March 23, 2018 [ECF No. 52] ("Motion to Dismiss").

    **Whereas** in light of the arguments stated in the Motion to Dismiss, specifically Plaintiffs citation to *Carpenters Health & Welfare Trust Fund v. Bla-Delco Constr.*, 8 F.3d 1365, 1369 (9th Cir. 1993), Z-Glass, Inc. agrees that the Counterclaim should be dismissed without prejudice.

    **It Is Hereby Stipulated** that the Counterclaim filed by Zglass, Inc. on March 5, 2018 [ECF No. 46] be dismissed without prejudice.

    **It Is Further Stipulated** The Motion to Dismiss [ECF No. 52] is hereby withdrawn, as moot, with leave to refile should the Counterclaim be reasserted.

SO STIPULATED

DATED this 6th day of April, 2018.

MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Attorney for Z-Glass, Inc.,
Zetian Systems, Inc.,
and Zetian Systems West, Inc.*

SO STIPULATED

DATED this 6th day of April, 2018.

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley Smith
Wesley Smith, Esq.
State Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Board of Trustees of
the Glazing Health and Welfare
Fund, et al.*

**ORDER**

Based on the foregoing Stipulation between the parties [ECF No. 69],

**IT IS HEREBY ORDERED** that the Counterclaim filed by Zglass, Inc. on March 5, 2018 [ECF No. 46] is hereby dismissed without prejudice and The Motion to Dismiss [ECF No. 52] is DENIED as moot, with leave to refile should the Counterclaim be reasserted..

DATED this 13th day of April, 2018.

_____
District Court Judge

SUBMITTED BY:

MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Attorney for Defendants*

### ###

Page 3 of 3

W:\2017 - DM\4225glazinghealth.z-glass\Stip and Order To Dismiss Counterclaim DM 04-05-18.wpd    April 6, 2018 (2:41pm)