David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Defendants Z-Glass, Inc.,
Zetian Systems West, Inc., Matthew Olin,
Anna Olin And Weina Zhang*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND;; et. al,<br><br>Plaintiffs,<br><br>vs.<br><br>Z-GLASS INC., a Nevada Corporation; ZETIAN SYSTEMS, INC., a Nevada Corporation; ZETIAN SYSTEMS WEST, INC., a California Corporation; WESTERNGLASS SYSTEMS INC., a Nevada Corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | Case No.: 17-CV-01638-JAD-NJK<br><br>ECF Nos. 50, 51, 89 |

### STIPULATION AND ORDER TO DISMISS
### ANNA OLIN AND MATTHEW OLIN WITHOUT PREJUDICE

Defendants Matthew Olin and Anna Olin, by and through their counsel of record, David Mincin, Esq.; and Plaintiffs, by and through their counsel of record, Wesley Smith, Esq., stipulate and agree as follows.

**It Is Hereby Stipulated** that all claims against Anna Olin and Matthew Olin be dismissed, without prejudice, Matthew Olin, Anna Olin, and Plaintiffs to bear their own attorneys fees and costs as to each other.

Page 1

**It Is Further Stipulated** that the Motions to Dismiss [ECF No. 50 & 51] filed by Matthew Olin and Anna Olin are hereby vacated as moot.

**It Is Further Stipulated** that this stipulation shall not affect any claims against any other parties.

| SO STIPULATED | SO STIPULATED |
|---|---|
| DATED this 25th day of July, 2018. | DATED this 25th day of July, 2018. |
| MINCIN LAW, PLLC | CHRISTENSEN JAMES & MARTIN |
| By: /s/ David Mincin<br>David Mincin, Esq.<br>State Bar No.5427<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas, Nevada 89128<br>*Attorney for Z-Glass, Inc.,*<br>*Anna Olin, Matthew Olin,*<br>*Weina Zhang and*<br>*Zetian Systems West, Inc.* | By: /s/ Wesley Smith<br>Wesley Smith, Esq.<br>State Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorney for Board of Trustees of*<br>*the Glazing Health and Welfare*<br>*Fund, et al.* |

### ORDER

Based on the stipulation between Anna and Matthew Olin and the Plaintiffs **[ECF No. 89]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST ANNA AND MATTHEW OLIN are DISMISSED with prejudice, each party to bear its own fees and costs. The motions to dismiss filed by Anna and Matthew Olin **[ECF Nos. 50, 51] are DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2018

Page 2

W:\2017 - DM\4225glazinghealth.z-glass\Stip & Ordr To Dismiss M Olin & A Olin Without Prejudice...DMcb...7-24-2018.wpd    July 25, 2018 (2:12pm)