UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Z-GLASS INC., et al., <br><br> Defendant(s). | Case No.: 2:17-cv-01638-JAD-NJK <br><br> **Order** <br><br> [Docket No. 107] |

Pending before the Court is a motion to withdraw as attorney for Defendant Gregory Olin. Docket No. 107. No response has been filed. The Court hereby **SETS** a hearing on the motion for 2:00 p.m. on January 16, 2019, in Courtroom 3A. In addition to withdrawing counsel, Defendant himself must appear at the hearing. Defendant may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

1

Withdrawing counsel shall email a copy of this order on Defendant Olin, and shall file a proof of service by January 4, 2019.

IT IS SO ORDERED.

Dated: January 2, 2019

_____
Nancy J. Koppe
United States Magistrate Judge