David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Defendants Z-Glass, Inc.,
Zetian Systems West, Inc., Zetian Holdings,
Weina Zhang and Gregory Olin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND; D OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; et. al,<br><br>Plaintiffs,<br><br>vs.<br><br>Z-GLASS INC., a Nevada Corporation; ZETIAN SYSTEMS, INC., a Nevada Corporation; WESTERN GLASS SYSTEMS INC., a Nevada Corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | Case No.: 17-CV-01638-JAD-NJK<br><br>Hearing Date: January 16, 2019<br>Hearing Time: 2:00 p.m.<br><br>**Requested New Time: 4:00 p.m.** |

## MOTION TO CONTINUE HEARING TIME ONLY

Undersigned counsel for Defendants Z-Glass, Inc., Zetian Systems West, Inc., Zetian Holdings, Weina Zhang and Gregory Olin ("Defendants") move the court to change the time set for the hearing on Motion To Withdrawal As Counsel For Gregory Olin, from January 16, 2018 at 2:00 p.m. to January 16, 2018 at 4:00 p.m.

On December 7, 2018, undersigned counsel Mincin Law filed the above captioned motion (ECF #107) and duly served it on Mr. Olin and Plaintiff's counsel. To date, no opposition has been filed. On January 2, 2019 the court set this matter for hearing (ECF

#108). Undersigned counsel is currently set to attend a hearing in bankruptcy court for a chapter 11 matter on January 16, 2018 at 1:30 p.m. and then for a chapter 13 matter on January 16, at 2:30 p.m. Because undersigned is a sole practitioner and because of the nature of the hearings he is unable to resolve this scheduling conflict.

My staff has consulted with Plaintiff's counsel and they indicated that they do not have a conflict or objection to this request for a time change.

In addition to being formally served with the moving papers and the Order setting the hearing, Mr. Olin has been notified by email that the court has set a hearing for January 16, 2019 at 2:00 p.m. on our Motion To Withdraw and that he can appear telephonically. He has also been advised of this request to change the hearing time from 2:00 p.m. to 4:00 p.m. Accordingly, it is requested that hearing time for the above matter be changed to 4:00 p.m.

DATED this 4th day of January, 2019.

MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
Nevada State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Attorney for Defendants Z-Glass, Inc., Zetian Systems West, Inc., Zetian Holdings, Weina Zhang and Greg Olin*

**DECLARATION OF DAVID MINCIN IN SUPPORT OF
MOTION TO CONTINUE HEARING TIME ONLY**

I, David Mincin, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am over 18 years of age and I am competent to testify, and I have personal knowledge of all facts contained within this declaration, except where made on information and belief.

2. This Declaration is made in support of the above captioned motion.

3. I am counsel of record for Defendants Z-Glass, Inc., Zetian Systems West, Inc., Zetian

Holdings, Weina Zhang and Gregory Olinin the above captioned case.

4. On December 7, 2018, I filed the above captioned motion (ECF #107) and duly served it on Mr. Olin and Plaintiff's counsel.

5. To date, no opposition has been filed.

6. On January 2, 2019 the court set this matter for hearing (ECF #108).

7. I am currently set to attend a hearing in bankruptcy court for a chapter 11 matter on January 16, 2018 at 1:30 p.m. and then for a chapter 13 matter on January 16, at 2:30 p.m. Because undersigned is a sole practitioner and because of the nature of the hearings I am unable to resolve this scheduling conflict.

8. My staff has consulted with Plaintiff's counsel and they indicated that they do not have a conflict or objection to this request for a time change.

9. In addition to being formally served with the Order setting the hearing, Mr. Olin has been notified by email that the court has set a hearing for January 16, 2019 at 2:00 p.m. on our Motion To Withdraw and that he can appear telephonically. He has also been advised of this request to change the hearing time from 2:00 p.m. to 4:00 p.m. Accordingly, it is requested that hearing time for the above matter be changed to 4:00 p.m.

Further your declarant saith not.

Executed January 4, 2019, in Las Vegas, Nevada.

s/ David Mincin
David Mincin

**GRANTED.** Notice of this order shall be served on Mr. Olin, and a proof of service shall be filed by January 8, 2019.
IT IS SO ORDERED.
Dated: January 4, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

Page 3 of 4