# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND, et al., | Case No.: 2:17-cv-01638-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| Z-GLASS INC., et al., | |
| Defendant(s). | |

On January 26, 2019, the Court ordered Defendant Gregory Olin to file either a notice of appearance by newly retained counsel or a notice that he intends to proceed *pro se*. Docket No. 113. The deadline to comply with that order expired on February 15, 2019. *Id.* Mr. Olin violated that order. The Court again **ORDERS** Mr. Olin to file either a notice of appearance by newly retained counsel or a notice that he intends to proceed *pro se* by March 12, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Clerk's Office is **INSTRUCTED** to serve a copy of this order on Mr. Olin at both his email address and physical address.

IT IS SO ORDERED.

Dated: February 26, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge