| | |
|---|---|
| 1 | David Mincin, Esq. |
| | Nevada Bar No. 5427 |
| 2 | MINCIN LAW, PLLC |
| | 7465 W. Lake Mead Boulevard, #100 |
| 3 | Las Vegas, Nevada 89128 |
| | dmincin@mincinlaw.com |
| 4 | Phone: 702-852-1957 |
| | Fax: N/A |
| 5 | *Attorney for Z-Glass, Inc.,* |
| | *Zetian Systems West, Inc.,* |
| 6 | Zetian Holdings & Weina Zhang |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND;; et. al, | Case No.: 17-CV-01638-JAD-NJK |
| Plaintiffs, | |
| vs. | ECF No. 133 |
| Z-GLASS INC., a Nevada Corporation; ZETIAN SYSTEMS, INC., a Nevada Corporation; ZETIAN SYSTEMS WEST, INC., a California Corporation; WESTERNGLASS SYSTEMS INC., a Nevada Corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME
TO FILE OPPOSITION AND REPLY BRIEFS**

Defendants Z-Glass, Inc., Zetian Systems West, Inc., Zetian Holdings & Weina Zhang, by and through their counsel of record, David Mincin, Esq.; and Plaintiffs Board Of Trustees Of The Glazing Health and Welfare Fund, et al., by and through their counsel of record, Daryl E. Martin, Esq., hereby stipulate and request that the Court extend the normal Oppositions and Reply Briefs deadlines related to six (6) separate motions to dismiss, for summary judgment, or partial summary judgment, all of which were filed on May 13, 2019 (ECF Nos. 122, 123, 124, 125, 126, 128).

Page 1 of 3

On that date, Defendant Z-Glass, Inc. filed its Motion For Partial Summary Judgment; Western Glass Systems filed its Motion To Dismiss For Failure To Timely Effectuate Service Of Process; Defendant Zetian Systems West, Inc. filed its Motion For Summary Judgment; Zetian Holdings filed its Motion For Summary Judgment; Weina Zhang filed her Motion For Summary Judgment; and Plaintiffs Board Of Trustees Of The Glazing Health and Welfare Fund, et al. filed its Motion For Partial Summary Judgment. The oppositions for these six motions are all currently due on June 4, 2019 and reply briefs are due on June 18, 2019.

Exhibits on which the parties' six pending motions are based encompass more than 1,000 pages.

The parties jointly seek an Order extending the time for filing of the Opposition and Reply briefs due to the number of motions filed and the voluminous size of the record. Further, undersigned counsel for the Defendants, Mr. Mincin, has been in trial in bankruptcy court which lasted longer than expected.

For the reasons stated, the parties therefore request additional days to file Opposition Briefs and Reply Briefs related to all motions filed on May 13, 2019 in the Case and request that the deadlines to file Opposition Briefs be extended to June 10, 2019 and Replies on July 1, 2019. These proposed dates mirror those found in a prior stipulation filed by the parties on April 22, 2019 (ECF No. 119). To date the Court has ruled on other aspects of the April 22 stipulation but has not expressly ruled on the proposed extended deadlines for the Opposition and Reply Briefs

**It Is Hereby Stipulated** that the Opposition Briefs to all Motions filed on May 13, 2019, currently due on June 4, 2019, shall be filed on or before June 10, 2019, and the Reply Briefs currently due on June 18, 2019, shall be filed on or before July 1, 2019.

/ / /

/ / /

| | |
|---|---|
| SO STIPULATED | SO STIPULATED |
| DATED this 3rd day of June, 2019. | DATED this 3rd day of June, 2019. |
| MINCIN LAW, PLLC | CHRISTENSEN JAMES & MARTIN |
| By: /s/ David Mincin<br>David Mincin, Esq.<br>State Bar No.5427<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas, Nevada 89128<br>*Attorney for Attorney for Z-Glass, Inc.,*<br>*Zetian Systems West, Inc.,*<br>*Zetian Holdings & Weina Zhang* | By: /s/ Daryl E. Martin<br>Daryl E. Martin, Esq.<br>State Bar No. 6735<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorney for Plaintiffs* |

SO STIPULATED

DATED this 3rd day of June, 2019.

By: /s/ Gregopry Olin
Gregory Olin
Email: gregolin@yahoo.com
In Proper Person

## ORDER

Based on the parties' stipulation [ECF No. 133] and good cause appearing, IT IS HEREBY ORDERED that OPPOSITIONS to the pending summary-judgment motions are due June 10, 2019, and replies in support of those motions are due July 1, 2019.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2019

SUBMITTED BY:

MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Attorney for Attorney for Z-Glass, Inc.,*
*Zetian Systems West, Inc.,*
*Zetian Holdings & Weina Zhang*

Page 3 of 3

W:\2017 - DM\4225glazinghealth.z-glass\Stip & Ordr For Ext To FIle Opps & Replies...DMcb...5-30-2019.wpd     June 3, 2019 (10:15am)