# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
GLAZING HEALTH AND WELFARE
FUND, et al.,

Plaintiff(s),

v.

Z-GLASS INC., et al.,

Defendant(s).

Case No.: 2:17-cv-01638-JAD-NJK

**Order**

This matter is set for a settlement conference to occur on October 1, 2020. Docket No. 146. Defendants Z-Glass and Zetian Systems West filed notices of bankruptcy on September 28, 2020. Docket Nos. 149, 150. Such notices indicate that they trigger an automatic stay. Docket No. 149 at 1-2. Accordingly, the settlement conference is hereby **VACATED**. The parties must file a joint status report on December 29, 2020, and every 90 days thereafter until the bankruptcy stay is lifted.

IT IS SO ORDERED.

Dated: September 29, 2020

Nancy J. Koppe
United States Magistrate Judge

1