David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Defendants Z-Glass, Inc.,
Zetian Systems West, Inc., Matthew Olin,
Anna Olin And Weina Zhang*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND;; et. al, <br><br> Plaintiffs, <br><br> vs. <br><br> Z-GLASS INC., a Nevada Corporation; ZETIAN SYSTEMS, INC., a Nevada Corporation; ZETIAN SYSTEMS WEST, INC., a California Corporation; WESTERN GLASS SYSTEMS INC., a Nevada Corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, <br><br> Defendants. | Case No.: 17-CV-01638-JAD-NJK <br><br><br> ECF No. 154 |

### STIPULATED FINAL JUDGMENT

Plaintiffs, by and through their counsel of record, and Defendants, by and through their counsel of record, stipulate and agree as follows.

**Whereas** by Order entered July 15, 2020, Docket # 145, the Court granted in part and denied in part several motions for summary judgment: dismissing all claims against Defendants Weina Zhang, Zetian Holdings, Inc. and Western Glass Systems, Inc.; adjudicating that Defendants Z-Glass, Inc. and Zetian Systems West, Inc. are liable for unpaid contributions and related damages arising from the Smith Center project and three Northern California projects; but reserving the determination of the amount that is owed for

Page 1 of 4

1  adjudication at trial.

2  **Whereas** Defendants Z-Glass, Inc. and Zetian Systems West, Inc. subsequently filed
3  for chapter 7 bankruptcy relief (See Notices of Filing Bankruptcy filed September 28, 2020
4  Docket # 149 and 150).

5  **Whereas** the parties wish to finally resolve the disputes between them and also wish
6  to avoid attorneys fees and costs to be incurred at trial and then on appeal.

7  **It Is Hereby Stipulated** that final Judgment is hereby entered against Defendants Z-
8  Glass, Inc. and Zetian Systems West, Inc., jointly and severally, for the following categories of
9  damages, to bear interest at the federal judgment rate from date of entry until paid in full.

10  Contributions            $2,437,867.02
11  Pre-Judgment Interest    $461,717.22
12  Liquidated Damages       $369,846.70
13  Audit Fees               $33,311.00
14  Attorney's Fees          $229,552.43
15  Costs                    $12,393.17
16  **TOTAL**                $3,544,687.54

17  **It Is Further Stipulated** that the Plaintiffs release Defendants Gregory Olin and
18  Weina Zhang from any and all claims they may have against them and stipulate that the claims
19  against Gregory Olin be dismissed with prejudice.

20  **It Is Further Stipulated** that the Parties covenant not to appeal or otherwise challenge
21  through writ or other collateral action this Stipulated Judgment, or the Order entered July 15,
22  2020 (Docket # 145), or any orders entered in this Action dismissing any claims or dismissing
23  any of the other defendants.

24  **It Is Further Stipulated** that any claims not previously disposed of by the Court or by
25  this Stipulation are deemed abandoned and dismissed without prejudice.

26  **It Is Further Stipulated** that Plaintiffs and Defendants, excepting Defendants Z-
27  Glass, Inc. and Zetian Systems West, Inc., shall bear their own attorneys fees and costs as to

28

Page 2 of 4

1 | each other.

2 | **It Is Further Stipulated** these stipulating parties waive application of the automatic bankruptcy stay solely to the extent necessary to enter this Stipulated Judgment.

**SO STIPULATED**          **SO STIPULATED**

DATED this 27th day of April 2021.          DATED this 27th day of April 2021.

MINCIN LAW, PLLC          CHRISTENSEN JAMES & MARTIN

By: /s/ David Mincin          By: /s/ Daryl E. Martin
David Mincin, Esq.          Daryl E. Martin, Esq.
State Bar No.5427          State Bar No. 6735
7465 W. Lake Mead Boulevard, #100          7440 W. Sahara Avenue
Las Vegas, Nevada 89128          Las Vegas, Nevada 89117
*Attorney for Defendants*          *Attorney for Plaintiffs*

### Dismissal Order & Judgment

The foregoing Stipulation between the parties is approved and Judgment is hereby entered as follows.

**Judgment** is hereby entered against Defendants Z-Glass, Inc. and Zetian Systems West, Inc., jointly and severally, for the following categories of damages, to bear interest at the federal judgment rate from date of entry until paid in full.

| | |
|---|---|
| Contributions | $2,437,867.02 |
| Interest | $461,717.22 |
| Liquidated Damages | $369,846.70 |
| Audit Fees | $33,311.00 |
| Attorney's Fees | $229,552.43 |
| Costs | $12,393.17 |
| **TOTAL** | $3,544,687.54. |

///

**Judgment** is hereby entered dismissing all claims against Defendant Gregory Olin.

**Judgment** is hereby entered that any other claims not previously disposed of by the court or by this stipulation are hereby deemed abandoned and dismissed without prejudice.

**Judgment** is hereby entered that Plaintiffs and Defendants, excepting Defendants Z-Glass, Inc. and Zetian Systems West, Inc., shall bear their own attorneys fees and costs as to each other.

The Clerk of Court is directed to ENTER this JUDGMENT and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2021

SUBMITTED BY:

MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Attorneys for Defendants*

# # #