AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees of the Southern Nevada Glaziers and Fabricators Pension Trust

Plaintiffs,

v.

Z-Glass, Inc., et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:17-cv-01638-JAD-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is hereby entered against Defendants Z-Glass, Inc. and Zetian Systems West, Inc., jointly and severally, for the following categories of damages, to bear interest at the federal judgment rate from date of entry until paid in full (Contributions $2,437,867.02, Interest $461,717.22, Liquidated Damages $369,846.70, Audit Fees $33,311.00, Attorney's Fees $229,552.43, Costs $12,393.17: TOTAL $3,544,687.54).

Judgment is hereby entered dismissing all claims against Defendant Gregory Olin.

Judgment is hereby entered that any other claims not previously disposed of by the court or by this stipulation are hereby deemed abandoned and dismissed without prejudice.

Judgment is hereby entered that Plaintiffs and Defendants, excepting Defendants Z-Glass, Inc. and Zetian Systems West, Inc., shall bear their own attorneys fees and costs as to each other.

| May 5, 2021 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |



/s/ H. Magennis

Deputy Clerk